UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/28/2026_

INTERNATIONAL REFUGEE ASSISTANCE
PROJECT,

                    Plaintiff,

        -against-                                        25 Civ. 8886 (AT)

DEPARTMENT OF STATE; DEPARTMENT OF        **ORDER**
HOMELAND SECURITY; U.S. CITIZENSHIP
AND IMMIGRATION SERVICES; CUSTOMS
AND BORDER PROTECTION,

                    Defendants.

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint status report dated January 23, 2026.  ECF No. 31.  Accordingly, by **February 23, 2026**, the parties shall submit a joint status report.

    SO ORDERED.

Dated: January 28, 2026
        New York, New York

_____
            ANALISA TORRES
    United States District Judge