**U.S. Department of Justice**

United States
Southern Di

86 Chambers Stre
New York, New Yo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/24/2026

February 23,

**BY ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *Int'l Refugee Assistance Project v. Dep't of State, et al.*, No. 25 Civ. 8886 (AT)

Dear Judge Torres:

   This Office represents Defendants the Department of State ("State"), Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), and Customs and Border Protection ("CBP," and together with State, DHS, and USCIS, the "Government") in the above-referenced Freedom of Information Act ("FOIA") action, in which Plaintiff International Refugee Assistance Project ("IRAP") seeks records relating to the agencies' implementation of Presidential Proclamation 10949, which was issued on June 4, 2025, and limits the entry of nationals of 19 countries into the United States.

   The Government writes jointly with Plaintiff in response to the Court's order of January 28, 2026, Dkt. No. 32, to provide the following status updates:

- **State**: State's search for records responsive to IRAP's FOIA request is nearing completion. State tasked two offices, and also conducted a search of its central repository for electronic records ("eRecords"). The results of the eRecords search were voluminous, and the parties are currently discussing whether it is possible to narrow this search. In the meantime, State has begun processing records while the search is ongoing to avoid delay. It anticipates making its first production within 30 days but will endeavor to do so sooner if possible. After its first production, State will review 450 pages of potentially responsive records every six weeks and produce any responsive, non-exempt records to IRAP.

- **DHS**: DHS has completed its search for records responsive to IRAP's FOIA request and has identified 67 potentially responsive records totaling 762 pages. DHS had anticipated making an initial production of responsive, non-exempt records on or before February 20, 2026, but was delayed in doing so due to the lapse in DHS appropriations. It had also anticipated making a second and final production of responsive, non-exempt records by March 30, 2026, though the appropriations lapse may affect timing of this production as well. DHS will provide revised anticipated production deadlines to IRAP once the appropriations lapse ends.

- **USCIS**: USCIS has completed its search for records responsive to IRAP's FOIA request and has identified 679 pages of potentially responsive records. USCIS anticipates completing processing and production of these records by February 27, 2026.

- **CBP**: CBP completed its search for records responsive to IRAP's FOIA request and identified one responsive record. CBP produced non-exempt portions of that record on February 19, 2026.

The parties thank the Court for its consideration of this letter and propose filing future joint status reports on the 23rd of each month, or, if that date is a weekend or public holiday, on the next business day after the 23rd. If any issue becomes ripe for motion practice in the interim, IRAP will submit a pre-motion letter to the Court.

Respectfully,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: /s/ Alyssa B. O'Gallagher
ALYSSA B. O'GALLAGHER
Assistant United States Attorney
Tel.: (212) 637-2822
alyssa.o'gallagher@usdoj.gov

Cc: Plaintiff's counsel (by ECF)

GRANTED. The parties shall file a status report on the 23rd of every month, starting on **March 23, 2026**. If the 23rd falls on a weekend or public holiday, the parties shall file their status report on the next business day.

SO ORDERED.

Dated: February 24, 2026
New York, New York

ANALISA TORRES
United States District Judge